456 A.2d 1084

Commonwealth v. Graham, Appellant.

Submitted April 14, 1982. Richard D. Gearhart, for appellant; Thomas F. Morgan, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

456 A.2d 1084

Commonwealth v. Hamm, Appellant.

Submitted June 3, 1981. G. Eugene Beechwood, Jr., for appellant; James Freeman, District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment of sentence affirmed.